

RECEIVED

NOV 0 8 2007 *aew*
*Nov 06 2007*
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION


KUWANDIS D. DAVIS
_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

MATTHEW L MAHONEY
_____

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")


07CV6278
JUDGE DER-YEGHIAYAN
MAG.JUDGE KEYS

Case No._____
(To be supplied by the Clerk of this Court)


**CHECK ONE ONLY:**

_____    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____    COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

___✓___    OTHER (cite statute, if known)


*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.    **Plaintiff(s):**

    A.    Name: _Kuwandis O. Davis_

    B.    Date of Birth: _January 20, 1973_

    C    List all aliases: _John Ivy_

    D.    Prisoner identification number: _18880-424_

    E.    Place of present confinement: _Jerome Combs Detention Center_

    F.    Address: _3050 Justice Way Kankakee Illinois 60901_

(If there is more than one plaintiff, then each plaintiff must list his or her name, date of birth, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.    **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A.    Defendant: _Matthew Mahoney_

           Title: _Attorney at Law_

           Place of Employment: _55 W. Jackson Chicago, Illinois 60606_

    B.    Defendant: _____

           Title: _____

           Place of Employment: _____

    C.    Defendant: _____

           Title: _____

           Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 5/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.  Name of case and docket number: _____ *N/A* _____

B.  Approximate date of filing lawsuit: _____ *N/A* _____

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
    _____ *N/A* _____
    _____

D.  List all defendants: _____ *N/A* _____
    _____
    _____

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____ *N/A* _____

F.  Name of judge to whom case was assigned: _____ *N/A* _____

G.  Basic claim made: _____ *N/A* _____
    _____

H.  Disposition of this case (for example; Was the case dismissed? Was it appealed? Is it still pending?): _____ *N/A* _____
    _____

I.  Approximate date of disposition: _____ *N/A* _____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 5/2007

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ON FEBRUARY 18 2005 Mr Mahoney was RETAINED By me To DEFEND ME on A CRIMINAL THAT EVOLVED in August of 2003 The twenty Eighth to be EXACT. A CIVIL Suit was brought on By Cook County of Illinois Due THE SEIZURE OF An Automobile A 2001 GMC Yukon. I Contested The MATTER And it was SET For trail. IN October of 2005 I WAS AWARDED The Truck bACK Along WITH A Three thousand Two Hundred Dollar Check I put up For bond. The Check was Signed OVER To Mr Mahoney no Sooner than The Check MADE it to his office which was IN November 2005 Records will show this. On September of 2006 A Bond Refund WAS issued Due To My incarceration on July 27 2006 on A FEDERAL MATTER. in which I HAD The Check Forwarded it to him By THE JUDGE presideing OVER the CASE. He bought The Applicable

Revised 5/2007

Papers and I signed them. There was a discrepancy in the money. I pointed it out to him where He over charged on May Seventh 2007 At the conclusion of The Criminal Case that He owed me three Thousand Five Hundred Hundred Dollars. He stated He was going to pay yet He have ignored All letters All phone calls related to the Matter which is unethical to be An Attorney At Law

Revised 5/2007

## V.    Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

ORDER MR. MAHONEY TO REPAY ME THE
MONIES OWED to ME TO bE PAID to A DESIGNEE
OF MY CHOICE Also to PAY Any Court Costs
ACCRUED DUE to his REFUSAL TO PAY WHEN HE
COULD'VE PAID by Choice instead of Force

---

VI.    The plaintiff demands that the case be tried by a jury.    ☐ YES    ☑ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___17___ day of __Oct__, 20 _0607_

_Kuwandis Davis_
(Signature of plaintiff or plaintiffs)

_Kuwandic Davis_
(Print name)

_18880 - 424_
(I.D. Number)

_3050 Justice Way Kankakee_
_Illinois 60901_
(Address)

6