FILED
NOV 0 6 2007
NOV 06 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

_Kuwandis Davis_
Plaintiff

v.

_Matthew L Mahoney_
Defendant(s)

07CV6278
JUDGE DER-YEGHIAYAN
MAG. JUDGE KEYS

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:
I, _____, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1. Are you currently incarcerated?    ☒Yes    ☐No   (If "No," go to Question 2)
   I.D. # _18880-424_    Name of prison or jail: _JCDC_
   Do you receive any payment from the institution? ☐Yes ☒No   Monthly amount:_____

2. Are you currently employed?    ☐Yes    ☒No
   Monthly salary or wages:_____
   Name and address of employer: _____

   a. If the answer is "No":
      Date of last employment: _Online Eatery_
      Monthly salary or wages: _2500.00_
      Name and address of last employer: _572 S. Cicero Chicago, Illinois 60644_

   b. Are you married?    ☐Yes    ☒No
      Spouse's monthly salary or wages:_____
      Name and address of employer:_____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages                                    ☐Yes    ☒No
      Amount_____   Received by_____

    b.    ☐ Business, ☐ profession or ☐ other self-employment     ☐ Yes     ☒ No
Amount _____ Received by _____

    c.    ☐ Rent payments, ☐ interest or ☐ dividends     ☐ Yes     ☒ No
Amount _____ Received by _____

    d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                ☐ Yes     ☒ No
Amount _____ Received by _____

    e.    ☐ Gifts or ☐ inheritances     ☐ Yes     ☐ No
Amount _____ Received by _____

    f.    ☒ Any other sources (state source: *Money orders*)     ☒ Yes     ☐ No
Amount _____ Received by *Various Donors*

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?     ☐ Yes     ☒ No     Total amount: _____
In whose name held: _____ Relationship to you: _____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?     ☐ Yes     ☒ No
Property: _____ Current Value: _____
In whose name held: _____ Relationship to you: _____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?     ☐ Yes     ☒ No
Address of property: _____
Type of property: _____ Current value: _____
In whose name held: _____ Relationship to you: _____
Amount of monthly mortgage or loan payments: _____
Name of person making payments: _____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
                ☐ Yes     ☒ No
Property: _____
Current value: _____
In whose name held: _____ Relationship to you: _____

8. List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒ No dependents

_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: OCTOBER 17, 2007

_____
Signature of Applicant

Kwandis Davis
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Kwan is Davis I.D.# 226047, has the sum of $ 1,814.55 on account to his/her credit at (name of institution) Jerome Combs Det. Ctr. I further certify that the applicant has the following securities to his/her credit: ___—___. I further certify that during the past six months the applicant's average monthly deposit was $ 247.50. (Add all deposits from all sources and then divide by number of months).

10-23-07
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER

GLORIA LOCHNER
(Print name)

OFFICIAL SEAL
GLORIA LOCHNER
Notary Public — State of Illinois
My Commission Expires Dec. 28, 2009

rev. 7/18/02

-3-

## Resident Transaction Details

Transactions From 4/23/2007 To 10/22/2007

### 226047 : DAVIS, KUWADIS D

K

Main Balance: $1914.55

| Receipt | Date | Type | Amount | Comment | Balance |
|---|---|---|---|---|---|
| 336252 | 10/23/2007 | BillPay | $29.00 | PAYMENT FOR TRANS 336251 | -$29.00 | $1914.55 |
| 336251 | 10/23/2007 | BM | $29.00 | Phone Card : 3 | $29.51 | $1914.55 |
| 337466 | 10/19/2007 | Commy | $29.51 | PAYMENT FOR TRANS 337465 | | $1934.55 |
| 337465 | 10/19/2007 | Cmd | $29.51 | Commissary : COMMISSARY CREDIT 10/19/2007 REF:465 | -$29.51 | $1904.04 |
| 337397 | 10/19/2007 | BillPay | $29.00 | PAYMENT FOR TRANS 137396 | | $1904.04 |
| 337396 | 10/19/2007 | BM | $29.00 | Phone Card : 3 | -$29.00 | $1904.04 |
| 335979 | 10/19/2007 | BillPay | $49.33 | PAYMENT FOR TRANS 336978 | | $1904.04 |
| 335978 | 10/19/2007 | | $49.33 | Commissary : COMMISSARY 10/19/2007 REF:393 | -$49.33 | $1904.04 |
| 335612 | 10/19/2007 | BillPay | $29.00 | PAYMENT FOR TRANS 335611 | | $1953.37 |
| 335611 | 10/19/2007 | BM | $29.00 | Phone Card : 3 | -$29.00 | $1953.37 |
| 335158 | 10/19/2007 | | $1.00 | PAYMENT FOR TRANS 335155 | | $1953.37 |
| 335155 | 10/19/2007 | Adj | $1.00 | Seller Teller : Transaction Fee | -$1.00 | $1953.37 |
| 335157 | 10/19/2007 | | | ATM Deposit ID54 on 10/19/2007 10:26:59 AM by LATHAN | $199.00 | $1953.37 |
| 334467 | 10/11/2007 | BillPay | $29.12 | PAYMENT FOR TRANS 334466 | -$99.02 | $1953.37 |
| 334466 | 10/11/2007 | BM | $29.12 | Commissary : COMMISSARY 10/11/2007 REF:007 | | $1953.37 |
| 333706 | 10/10/2007 | Adj | | (2) NO @ $99.00  AS | $198.00 | $1974.19 |

Customer Property of Business

Printed 10/23/2007  Page 1 of 1

Case 1:07-cv-06278   Document 3   Filed 11/06/2007   Page 5 of 12

## Resident Transaction Details

| Receipt | Date | Type | $$ Amount | $$ Collected | Comment | Subtotal | Balance |
|---|---|---|---|---|---|---|---|
| 333598 | 10/5/2007 | BillPay | | | PAYMENT FOR TRANS 333597 | -$30.00 | $1774.19 |
| 333597 | 10/5/2007 | BM | $30.00 | $30.00 | Phone Card : 3 | | $1774.19 |
| 333022 | 10/4/2007 | BillPay | | | PAYMENT FOR TRANS 333021 | -$20.00 | $1804.19 |
| 333021 | 10/4/2007 | BM | $20.00 | $20.00 | Phone Card : 3 | | $1804.19 |
| 332227 | 10/4/2007 | BillPay | | | PAYMENT FOR TRANS 332226 | -$20.13 | $1824.19 |
| 332226 | 10/4/2007 | BM | $20.13 | $20.13 | Commissary : COMMISSARY 10/4/2007 REF-963 | | $1824.19 |
| 331575 | 10/3/2007 | BillPay | | | PAYMENT FOR TRANS 331574 | -$40.00 | $1844.32 |
| 331574 | 10/3/2007 | BM | $40.00 | $40.00 | Phone Card : 3 | | $1844.32 |
| 330639 | 10/1/2007 | BillPay | | | PAYMENT FOR TRANS 330638 | -$10.00 | $1884.32 |
| 330638 | 10/1/2007 | BM | $10.00 | $10.00 | Phone Card : 3 | | $1884.32 |
| 330124 | 9/27/2007 | BillPay | | | PAYMENT FOR TRANS 330102 | -$23.00 | $1894.32 |
| 330123 | 9/27/2007 | BM | $23.00 | $23.00 | Commissary : COMMISSARY 9/27/2007 REF-877 | | $1894.32 |
| 330444 | 9/26/2007 | BillPay | | | PAYMENT FOR TRANS 329443 | -$30.00 | $1917.32 |
| 330443 | 9/26/2007 | BM | $30.00 | $30.00 | Phone Card : 3 | | $1917.32 |
| 320001 | 9/24/2007 | Adj | | | 7 | +$0.01 | $1947.32 |
| 329001 | 9/24/2007 | BillPay | | | PAYMENT FOR TRANS 328929 | -$26.61 | $1947.31 |
| 328928 | 9/24/2007 | BM | $26.61 | $26.61 | Commissary : COMMISSARY 9/20/2007 REF-873 | | $1947.31 |
| 328178 | 9/20/2007 | BillPay | | | PAYMENT FOR TRANS 328177 | -$70.00 | $1973.92 |
| 328177 | 9/20/2007 | BM | $70.00 | $70.00 | Phone Card : 3 | | $1973.92 |
| 327446 | 9/19/2007 | BillPay | | | PAYMENT FOR TRANS 327445 | -$30.00 | $2043.92 |
| 327445 | 9/19/2007 | BM | $30.00 | $30.00 | Phone Card : 3 | | $2043.92 |
| 326952 | 9/17/2007 | Add | | | LM | +$100.00 | $2073.92 |
| 326951 | 9/17/2007 | BillPay | | | PAYMENT FOR TRANS 326951 | -$1.00 | $1973.92 |
| 326951 | 9/17/2007 | BM | $1.00 | $1.00 | Sister Teller : Transaction Fee | | $1974.92 |

## Resident Transaction Details

| Receipt | Date | Type | Amount | In Out | Comment | Paid | Balance |
|---|---|---|---|---|---|---|---|
| 326868 | 9/17/2007 | Add | | $165.18 | ATM Deposit 7375 on 9/15/2007 2:04:13 PM by LATASHA MEANS | $165.18 | $1167.18 |
| 326832 | 9/13/2007 | BillPay | $20.18 | | PAYMENT FOR TRANS 326831 | -$20.18 | $1012.18 |
| 326831 | 9/13/2007 | PP | | $20.18 | Phone Card : 3 | | $1012.18 |
| 326830 | 9/13/2007 | BillPay | $22.33 | | PAYMENT FOR TRANS 326829 | -$22.33 | $1032.18 |
| 326829 | 9/13/2007 | CS | | $22.33 | Commissary : COMMISSARY 9/13/2007 REF-986 | | $1032.18 |
| 326818 | 9/11/2007 | BillPay | $10.18 | | PAYMENT FOR TRANS 326817 | -$10.18 | $1054.42 |
| 326817 | 9/11/2007 | PP | | $10.18 | Phone Card : 3 | | $1054.42 |
| 324811 | 9/7/2007 | BillPay | $20.18 | | PAYMENT FOR TRANS 324910 | -$20.18 | $1054.42 |
| 324910 | 9/7/2007 | PP | | $20.18 | Phone Card : 3 | | $1054.42 |
| 324912 | 9/6/2007 | BillPay | $34.17 | | PAYMENT FOR TRANS 324911 | -$34.17 | $1054.42 |
| 324911 | 9/6/2007 | CS | | $34.17 | Commissary : COMMISSARY 9/6/2007 REF-988 | | $1133.18 |
| 323458 | 9/3/2007 | BillPay | $10.18 | | PAYMENT FOR TRANS 323457 | -$10.18 | $1133.18 |
| 323457 | 9/3/2007 | PP | | $10.18 | Phone Card : 3 | | $1133.18 |
| 323082 | 8/30/2007 | BillPay | $28.22 | | PAYMENT FOR TRANS 323082 | -$28.22 | $1154.31 |
| 323082 | 8/30/2007 | CS | | $28.22 | Commissary : COMMISSARY 8/30/2007 REF-982 | | $1154.31 |
| 321473 | 8/30/2007 | BillPay | $20.18 | | PAYMENT FOR TRANS 321472 | -$20.18 | $1154.31 |
| 321472 | 8/30/2007 | PP | | $20.18 | Phone Card : 3 | | $1154.31 |
| 320876 | 8/23/2007 | BillPay | $10.18 | | PAYMENT FOR TRANS 320875 | -$10.18 | $1154.31 |
| 320875 | 8/23/2007 | PP | | $10.18 | Phone Card : 7 | | $1154.31 |
| 320421 | 8/23/2007 | BillPay | $24.18 | | PAYMENT FOR TRANS 320420 | -$24.18 | $1154.31 |
| 320420 | 8/23/2007 | CS | | $24.18 | Commissary : COMMISSARY 8/23/2007 REF-988 | | $1154.31 |
| 319371 | 8/21/2007 | BillPay | $10.18 | | PAYMENT FOR TRANS 319374 | -$10.18 | $818.18 |
| 319374 | 8/21/2007 | PP | | $10.18 | Phone Card : 3 | | $818.18 |
| 319371 | 8/20/2007 | BillPay | $1.18 | | PAYMENT FOR TRANS 319300 | -$1.18 | $828.18 |

Printed 11/26/2007 — Confidential Property of Residents — Page 3 of 5

## Resident Transaction Details

| Receipt # | Date | Type | $ Amount | $$ Collect | Comment | Adjust | Balance |
|---|---|---|---|---|---|---|---|
| 316030 | 8/02/2007 | BB | $1.00 | $1.00 | Sister Teller : Transaction Fee | | $308.38 |
| 316036 | 8/02/2007 | Adj | | | ATM Deposit 7518 on 8/10/2007 2:13:11 PM by TASHA MEANS | $29.00 | $303.38 |
| 316097 | 8/10/2007 | BlPay | $10.00 | $10.00 | PAYMENT FOR TRANS 316096 | -$10.00 | $308.38 |
| 316088 | 8/10/2007 | BlPay | | | Phone Card : 7 | | $308.38 |
| 316205 | 8/11/2007 | BlPay | $10.00 | $10.00 | PAYMENT FOR TRANS 316204 | | $308.38 |
| 316204 | 8/11/2007 | BlPay | | | PAYMENT FOR TRANS 316204 | -$24.05 | $310.38 |
| 317530 | 8/12/2007 | BlPay | $24.05 | $24.05 | Commissary : COMMISSARY 8/10/2007 REF-308 | | $310.38 |
| 317510 | 8/12/2007 | BB | $10.00 | $10.00 | PAYMENT FOR TRANS 317510 | -$10.00 | $294.05 |
| 317510 | 8/12/2007 | BB | | | Phone Card : 3 | | $294.05 |
| 316681 | 8/02/2007 | BlPay | $10.00 | $10.00 | PAYMENT FOR TRANS 316680 | -$10.00 | $294.05 |
| 316660 | 8/02/2007 | BB | | | Phone Card : 3 | | $294.05 |
| 316074 | 9/07/2007 | BlPay | $29.00 | $29.00 | PAYMENT FOR TRANS 316273 | -$29.00 | $163.05 |
| 316073 | 9/07/2007 | | | | ATM Deposit 7635-Sundry Deposit / REF-002 MEANS | | $163.05 |
| 316087 | 8/08/2007 | BlPay | $45.00 | $45.00 | PAYMENT FOR TRANS 316083 | -$5.00 | $143.05 |
| 316088 | 9/08/2007 | BB | | | Phone Card : 3 | | $143.05 |
| 314431 | 8/09/2007 | BlPay | $10.00 | $10.00 | PAYMENT FOR TRANS 314430 | -$10.00 | $143.05 |
| 314433 | 9/09/2007 | BB | | | Phone Card : 3 | | $143.05 |
| 314119 | 8/09/2007 | BlPay | $27.56 | $27.56 | PAYMENT FOR TRANS 314118 | -$27.56 | $201.42 |
| 314166 | 9/09/2007 | BlPay | | | Commissary : COMMISSARY 9/9/2007 REF-309 | | $201.42 |
| 314420 | 7/21/2007 | BlPay | $29.00 | $29.00 | PAYMENT FOR TRANS 313422 | -$28.00 | $161.52 |
| 313422 | 7/31/2007 | BB | | | Phone Card : 3 | | $161.52 |
| 313224 | 7/31/2007 | Adj | | | LM | -$1.00 | $161.52 |
| 313209 | 7/30/2007 | BB | $1.00 | $1.00 | Sister Teller : Transaction Fee | | $161.52 |
| 313910 | 7/30/2007 | Adj | | | ATM Deposit 7243 on 7/26/2007 2:36:33 PM by KIM | $191.00 | $160.52 |
| 313915 | 7/26/2007 | | | | | | $160.52 |

## Resident Transaction Details

| Receipt | Date | Type | Amount | Collect | Comment | Adjust | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | CALDWELL | | |
| 313914 | 7/30/2007 | Entry | | | PAYMENT FOR TRANS 313913 | -$1.00 | $1721.92 |
| 313913 | 7/30/2007 | BR | $1.00 | $1.00 | Sales Teller : Transaction Fee | | $1721.92 |
| 313912 | 7/30/2007 | Adj | | | ATM Deposit 7241 on 7/30/2007 1:49:44 PM by KBH | $50.00 | $1722.92 |
| | | | | | CALDWELL | | |
| 312772 | 7/30/2007 | Entry | | | PAYMENT FOR TRANS 312771 | -$20.00 | $1662.92 |
| 312771 | 7/30/2007 | BR | $20.00 | $20.00 | Phone Card : 3 | | $1662.92 |
| 312216 | 7/30/2007 | Entry | | | PAYMENT FOR TRANS 312214 | -$19.93 | $1678.92 |
| 312214 | 7/30/2007 | BR | $19.93 | $19.93 | Commissary : COMMISSARY 7/30/2007 REF:047 | | $1702.92 |
| 311422 | 7/04/2007 | Entry | | | PAYMENT FOR TRANS 311421 | -$20.00 | $1722.92 |
| 311421 | 7/04/2007 | BR | $20.00 | $20.00 | Phone Card : 3 | | $1722.92 |
| 316996 | 7/16/2007 | Entry | | | PAYMENT FOR TRANS 316996 | -$10.00 | $1742.92 |
| 316996 | 7/16/2007 | BR | $10.00 | $10.00 | Phone Card : 3 | | $1742.92 |
| 316136 | 7/16/2007 | Entry | | | PAYMENT FOR TRANS 316125 | -$10.27 | $1752.92 |
| 316125 | 7/16/2007 | BR | $10.27 | $10.27 | Commissary : COMMISSARY 7/16/2007 REF:043 | | $1763.92 |
| 316913 | 7/16/2007 | Adj | | | Lt. | $100.00 | $1771.32 |
| 306292 | 7/17/2007 | Entry | | | PAYMENT FOR TRANS 306291 | -$10.00 | $1671.32 |
| 306291 | 7/17/2007 | BR | $10.00 | $10.00 | Phone Card : 3 | | $1681.32 |
| 305871 | 7/18/2007 | Entry | | | PAYMENT FOR TRANS 305870 | -$50.00 | $1691.32 |
| 305877 | 7/18/2007 | BR | $50.00 | $50.00 | Phone Card : 3 | | $1721.32 |
| 305978 | 7/19/2007 | Entry | | | PAYMENT FOR TRANS 305979 | -$24.24 | $1771.32 |
| 305979 | 7/19/2007 | BR | $24.24 | $24.24 | Commissary : COMMISSARY 7/12/2007 REF:033 | | $1781.32 |
| 307318 | 7/19/2007 | Entry | | | PAYMENT FOR TRANS 307317 | -$20.00 | $1775.56 |
| 307317 | 7/19/2007 | BR | $20.00 | $20.00 | Phone Card : 3 | | $1775.56 |
| 305866 | 7/8/2007 | Entry | | | PAYMENT FOR TRANS 305866 | -$21.71 | $1775.56 |

## Resident Transaction Details

| Resident | Date | Type | Amount | $ Collected | Comment | Adjust | Running Balance |
|---|---|---|---|---|---|---|---|
| 305040 | 7/02/07 | | $21.71 | $21.71 | Commissary : COMMISSARY 7/5/2007 REF:631 | | $1786.29 |
| 305067 | 7/05/07 | | $20.00 | $20.00 | PAYMENT FOR TRANS 26506 | -$20.00 | $1807.27 |
| 305068 | 7/13/07 | | $20.00 | $20.00 | Phone Card : 3 | | $1807.27 |
| 304135 | 6/26/07 | | $29.14 | $29.14 | PAYMENT FOR TRANS 24355 | -$29.14 | $1837.27 |
| 304135 | 6/26/07 | | $29.14 | $29.14 | Commissary : COMMISSARY 6/28/2007 REF:622 | | $1837.27 |
| 304187 | 6/28/07 | | $10.00 | $10.00 | PAYMENT FOR TRANS 26196 | -$10.00 | $1866.41 |
| 304188 | 6/28/07 | | $10.00 | $10.00 | Phone Card : 3 | | $1866.41 |
| 304348 | 6/28/07 | | $10.00 | $10.00 | PAYMENT FOR TRANS 25366 | -$10.00 | $1876.41 |
| 304345 | 6/28/07 | | $10.00 | $10.00 | Phone Card : 3 | | $1876.41 |
| 304872 | 6/29/07 | | $20.00 | $20.00 | Adjustment | $20.00 | $1896.41 |
| 304911 | 6/13/07 | Adj | | | PAYMENT FOR TRANS 28319 | -$20.00 | $1896.41 |
| 305079 | 6/13/07 | | $20.00 | $20.00 | Credit Card : 3 | | $1896.41 |
| 305184 | 6/14/07 | | $20.79 | $29.79 | PAYMENT FOR TRANS 26972 | -$20.79 | $1916.41 |
| 305185 | 6/14/07 | | $29.79 | $29.79 | Commissary : COMMISSARY 6/21/2007 REF:616 | | $1916.41 |
| 305178 | 6/17/07 | | $20.00 | $20.00 | PAYMENT FOR TRANS 28197 | -$20.00 | $1934.20 |
| 305177 | 6/17/07 | | $20.00 | $20.00 | Phone Card : 3 | | $1934.20 |
| 305186 | 6/14/07 | | $20.00 | $20.00 | PAYMENT FOR TRANS 26564 | -$20.00 | $1954.20 |
| 305182 | 6/14/07 | | $20.00 | $20.00 | Phone Card : 3 | | $1954.20 |
| 305901 | 6/14/07 | | $11.37 | $11.37 | PAYMENT FOR TRANS 26591 | -$11.37 | $1954.20 |
| 305903 | 6/14/07 | | $11.37 | $11.37 | Commissary : COMMISSARY 6/14/2007 REF:616 | | $1954.20 |
| 305903 | 6/14/07 | Gift | $90.00 | $90.00 | Gift Card Deposit : ATM Deposit 9030 on 6/12/2007 1:15:12 PM by LATASHA ADAMS ; GCRF;16 | | $1964.20 |
| 305928 | 6/14/07 | | $90.00 | $90.00 | PAYMENT FOR TRANS 25547 | -$90.00 | $1954.57 |
| 305941 | 6/12/07 | | $90.00 | $90.00 | PAYMENT FOR TRANS 25847 | | $1954.57 |
| 305947 | 6/12/07 | | $90.00 | $90.00 | Phone Card : 3 | | $1954.57 |

## Resident Transaction Details

| Receipt | Date | Type | $$ Amount | $$ Amount Collect | Comment | Adjust | Balance |
|---|---|---|---|---|---|---|---|
| 291163 | 8/17/2007 | Payment | $28.98 | $28.98 | PAYMENT FOR TRANS 290162 | -$28.98 | $916.57 |
| 291162 | 8/17/2007 | BB | $28.98 | $28.98 | Phone Card : 3 | | $945.17 |
| 291077 | 8/17/2007 | Payment | $28.98 | $28.98 | PAYMENT FOR TRANS 290076 | -$28.98 | $916.17 |
| 291076 | 8/17/2007 | BB | $28.98 | $28.98 | Commissary : COMMISSARY 8/17/2007 REF:913 | | $945.17 |
| 290663 | 8/4/2007 | Payment | $28.98 | $28.98 | PAYMENT FOR TRANS 290662 | -$28.98 | $976.15 |
| 290662 | 8/4/2007 | BB | $28.98 | $28.98 | Phone Card : 3 | | $985.15 |
| 290165 | 8/4/2007 | Adj | | | U | -$1.00 | $085.15 |
| 290164 | 8/4/2007 | Payment | $1.00 | $1.00 | PAYMENT FOR TRANS 297164 | | $986.15 |
| 290163 | 8/4/2007 | Adj | | | Boiler Teller : Transaction Fee | -$1.00 | $087.15 |
| | | | | | ATM Deposit 6403 on 8/3/2007 3:21:40 PM by KEARNARHA DAVIS | | |
| 290868 | 8/31/2007 | Payment | $4.34 | $4.34 | PAYMENT FOR TRANS 299667 | -$4.34 | $990.10 |
| 290867 | 8/31/2007 | BB | $4.34 | $4.34 | Commissary : COMMISSARY 8/31/2007 REF:987 | | $994.43 |
| 290867 | 8/30/2007 | Payment | $6.25 | $6.25 | PAYMENT FOR TRANS 299686 | -$6.25 | $996.13 |
| 290868 | 9/30/2007 | General Fund | $6.25 | $6.25 | COPY OF REQUEST FOR CASE LAW | | $996.13 |
| 291077 | 9/30/2007 | Payment | $40.00 | $40.00 | PAYMENT FOR TRANS 299677 | -$40.00 | $968.13 |
| 290876 | 9/30/2007 | BB | $40.00 | $40.00 | Phone Card : 3 | | $991.18 |
| 290300 | 9/04/2007 | Payment | $10.00 | $10.00 | PAYMENT FOR TRANS 298029 | -$10.00 | $998.18 |
| 290229 | 9/4/2007 | BB | $10.00 | $10.00 | Phone Card : 3 | | $991.18 |
| 290167 | 9/4/2007 | Payment | $2.94 | $2.94 | PAYMENT FOR TRANS 298067 | -$2.94 | $963.12 |
| 290066 | 9/4/2007 | BB | $2.94 | $2.94 | Commissary : COMMISSARY 9/4/2007 REF:903 | | $966.15 |
| 290058 | 9/23/2007 | Payment | $30.00 | $30.00 | PAYMENT FOR TRANS 298006 | -$30.00 | $986.12 |
| 290057 | 9/23/2007 | BB | $30.00 | $30.00 | Phone Card : 3 | | $938.12 |
| 290054 | 9/17/2007 | Payment | $23.00 | $23.00 | PAYMENT FOR TRANS 298003 | -$23.00 | $988.12 |
| 290053 | 9/17/2007 | BB | $23.00 | $23.00 | Commissary : COMMISSARY 9/17/2007 REF:990 | | $966.12 |

Confidential Property of Residence

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Bal Amount |
|---|---|---|---|---|---|---|---|
| 292148 | 5/15/2007 | BillPay | | | PAYMENT FOR TRANS 292139 | -$40.00 | $2117.61 |
| 292139 | 5/15/2007 | Bill | $40.00 | $40.00 | Phone Card : 3 | | $2117.61 |
| 291465 | 5/11/2007 | Adj | | | AS | $50.00 | $2157.61 |
| 291464 | 5/11/2007 | Adj | | | MR | $50.00 | $2107.61 |
| 291373 | 5/11/2007 | BillPay | | | PAYMENT FOR TRANS 291372 | -$1.00 | $2057.61 |
| 291372 | 5/11/2007 | Bill | $1.00 | $1.00 | Sutter Teller : Transaction Fee | | $2057.61 |
| 291371 | 5/11/2007 | Adj | | | ATM Deposit 6161 on 5/10/2007 11:16:43 AM by ALBERTA SANDERS | $2.00 | $2058.61 |
| 291236 | 5/10/2007 | BillPay | | | PAYMENT FOR TRANS 291235 | -$50.00 | $2057.61 |
| 291235 | 5/10/2007 | Bill | $50.00 | $50.00 | Phone Card : 3 | | $2057.61 |
| 290979 | 5/10/2007 | BillPay | | | PAYMENT FOR TRANS 290978 | -$14.04 | $2057.61 |
| 290978 | 5/10/2007 | Bill | $14.04 | $14.04 | Commissary : Commissary Grocery REF-395 | | $2057.61 |
| 290948 | 5/10/2007 | BillPay | | | PAYMENT FOR TRANS 290947 | -$8.75 | $2135.46 |
| 290947 | 5/10/2007 | Bill | $8.75 | $8.75 | Sutter Total : 3 COPIES OF DOCUMENTS | | $2135.46 |
| 290898 | 5/3/2007 | BillPay | | | PAYMENT FOR TRANS 290895 | -$50.00 | $2143.19 |
| 290895 | 5/3/2007 | Bill | $50.00 | $50.00 | Phone Card : 3 | | $2143.19 |
| 290869 | 5/3/2007 | BillPay | | | PAYMENT FOR TRANS 290868 | -$100.00 | $2193.19 |
| 290868 | 5/3/2007 | Bill | $100.00 | $100.00 | Phone Card : 3 | | $2193.19 |
| 290834 | 5/3/2007 | BillPay | | | PAYMENT FOR TRANS 290833 | -$10.35 | $2253.19 |
| 290833 | 5/3/2007 | Bill | $10.35 | $10.35 | Commissary : Commissary 5/2/2007 REF-355 | | $2253.19 |
| 287913 | 5/1/2007 | BillPay | | | PAYMENT FOR TRANS 287912 | -$50.00 | $2272.19 |
| 287912 | 5/1/2007 | Bill | $50.00 | $50.00 | Phone Card : 3 | | $2272.19 |
| 287352 | 4/30/2007 | BillPay | | | PAYMENT FOR TRANS 287351 | -$1.00 | $2333.18 |
| 287351 | 4/30/2007 | Bill | $1.00 | $1.00 | Sutter Teller : Transaction Fee | | $2333.18 |
| 287735 | 4/30/2007 | Adj | | | ATM Deposit 5945 on 4/29/2007 1:08:33 PM by REANNANDRA | $5.00 | $2333.18 |

<2>

</2>

<2>
</2>