AE

07CV6278
JUDGE DER-YEGHIAYAN
MAG. JUDGE KEYS

UNITED STATES DISTRICT COURT, NORTHERN EASTERN DISTRICT

Plaintiff(s) KUWANDIS D. DAVIS

v.

Defendant(s) MATTHEW. L. MATTHEW

FILED
NOV 06 2007
NOV 06 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case Number: _____

Judge: _____

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, KUWANDIS DAVIS, declare that I am the (check appropriate box)
   [✓] plaintiff    [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: I AM UNABLE TO RETAIN COUNSEL BECAUSE OF INCARCERATION

3. In further support of my motion, I declare that (check appropriate box):
   [ ] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   [✓] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   [✓] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_Kuwandis Davis_        3010 Justice Way
Movant's Signature       Street Address

Oct 17, 2007             Kankakee Illinois 60901
Date                     City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

| | |
|---|---|
| Assigned Judge: | _Judge James Zagel_ |
| Case Number: | _No. 06 CR 526_ |
| Case Title: | _U.S. v. Allen  U.S. v. Kuwandis Davis_ |
| Appointed Attorney's Name: | _Carl Clavell_ |
| If this case is still pending, please check box | ☐ |

| | |
|---|---|
| Assigned Judge: | |
| Case Number: | |
| Case Title: | |
| Appointed Attorney's Name: | |
| If this case is still pending, please check box | ☐ |

| | |
|---|---|
| Assigned Judge: | |
| Case Number: | |
| Case Title: | |
| Appointed Attorney's Name: | |
| If this case is still pending, please check box | ☐ |

| | |
|---|---|
| Assigned Judge: | |
| Case Number: | |
| Case Title: | |
| Appointed Attorney's Name: | |
| If this case is still pending, please check box | ☐ |