MHW

07C6278

Kuwandis D. Davis -vs- Matthew L. Mattoney # 07C6278
# 07C6278

I Am writing to inform the Court of my new location. I'm currently at MCC 71 W. Vanburen. I still need the the 1983 Forms and the Forms to file an Answer to the lawsuit I wrote to you about. I'm a Defendant and I need to file an Answer to it. Thank you

*Kuwandis Davis* (signature)

**FILED**

AB   NOV 2 8 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT