CH

Kywandis D. Davis v. Matthew L. Mahoney # 07 6278

**FILED**

JAN 02 2008 aew
Jan 02 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I've been in transition the last month and I'm just making it to my destination I would ask Magistrate Judge Keys who ruling to grant me additional time if there is in fact any ruling that's been handed down in the case. In addition to Judge-Der Yeghiayan as well. If there is any papers I need to file to get an extension or a motion for a reccomendation for what I'm asking could you please do so by sending them. I also wanted to file a Chapter 13 Bankruptcy could you send information to me for indigents inmates or I would say the way to do it while I'm here to get the protection I need. The problems that's occuring now are due to reasons while I'm filing the lawsuits I'm filing because in both cases I'm being deprive of my basic rights I have very little money until I can resolve these issues that I have before the court.

Thank you for your consideration

Kwandis Davis
Kywandis Davis