## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6278 | **DATE** | 1/7/2008 |
| **CASE TITLE** | Kuwandis D. Davis (#18880-424) vs. Matthew L. Mahoney | | |

**DOCKET ENTRY TEXT**

On 12/11/07, the Court gave and warned Plaintiff that he had until 01/03/08 to pay the required filing fee or the instant action would be dismissed. The Court was advised by the Clerk's Prisoner Correspondence Office that the defendant did not receive a copy of the Court's 12/11/07 order because the defendant was not at the MCC Chicago but was being transferred. The Clerk of Court is directed to send a copy of this order and a copy of the Court's 12/11/07 order to the Plaintiff at Milan - FCI. Plaintiff is given until February 12, 2008, to pay the filing fee and Plaintiff is warned that if he fails to pay the filing fee by February 12, 2008, this action will be dismissed.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|