CASE # 0706278

FILED
2-15-2008
FEB 15 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

ITHN

07cv6278

Kwandis Davis Vs Matthew Mahoney Feb. 11, 2008

I've Sent the Monies ordered by me to the clerk of the U.S District Court - the paper work was Completed and Turned into my Counselor Mr. Phelps a week in advance of this letter. he explained to me the process of sending Money out it takes Anywhere from two to Four weeks to arrive. the Money has been sent to where requested, I put in a Call as well as Sent a letter three days ago but forgot to put the Case # on it the Document or the envelope. Could the Court Accept this as Validation and extend the deadline. if you need proof you Can Contact my Counselor at Milan F.C.F and he will

Verify everything thank you

*Kendondis Duut*