## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6278 | **DATE** | 2/21/2008 |
| **CASE TITLE** |  | Kuwandis D. Davis (#18880-424) vs. #18880-424 | |

**DOCKET ENTRY TEXT**

For the reasons stated below, we will extend the deadline until five weeks from the date that Plaintiff claims he sent the filing fee. Therefore, we grant Plaintiff a final extension until March 10, 2008, to pay the filing fee. It is incumbent upon Plaintiff to ensure that his filing fee has been properly paid by the deadline. Plaintiff is warned that if he has not paid the filing fee by March 10, 2008, his case will be dismissed.

■[ For further details see text below.]     Docketing to mail notices.

### STATEMENT

On December 11, 2007, we denied Plaintiff Kuwandis Davis' ("Davis") motion for leave to proceed *in forma pauperis*. We also gave Davis until January 3, 2008, to pay the filing fee. On January 7, 2008, we extended the time period for Davis to pay the filing fee until February 12, 2008, and we warned Davis that if he failed to pay the filing fee by February 12, 2008, this action would be dismissed. On February 11, 2008, Davis mailed a letter from prison asserting to the court that he had sent the filing fee to the Clerk's office on February 4, 2008, but that he had been informed that it would take two to four weeks to be delivered through the prison system. He requested that the court "accept [his letter] as validation and extend the deadline." Although we are not presented with any evidence that the filing fee has been submitted, based on Davis' representation that he has sent the filing fee to the clerk's office and that it will take two to four weeks to be delivered, we will extend the deadline until five weeks from the date that Davis claims he sent the filing fee. Therefore, we grant Davis a final extension until March 10, 2008, to pay the filing fee. It is incumbent upon Davis to ensure that his filing fee has been properly paid by the deadline. Davis is warned that if he has not paid the filing fee by March 10, 2008, his case will be dismissed.