07C6278

CASE#0706278  CASE#0706278

Kuwandis&Davis V. Matthew L. Mahoney       Feb 15, 2008

I would like to amend my complaint by increasing the monetary relief requested by one hundred thousand dollars for pain and suffering for contending with legal issues improperly by the loss of representation by Mr. John E. Partelow in legal matters because I couldn't make a payment that I stated I would give him on account of Mr. Mahoney's refusal to give money owed to me knowing it wasn't his to begin with. The money requested will repair damages caused by his refusal to pay. Had I paid Mr. Partelow the legal issues I have know could've been resolved

Thank you

Kuwandis Davis

FILED
FEB 22 2008
Feb 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I Kuwandis Davis, swear under penalty of perjury that I served a copy of attached document Matthew L. Mahoney Attorney 555 W. Jackson Suite 700 Chicago, Illinois 60661 by placing it in the mail at Federal Correctional institute in Milan Michigan on Feb. 15, 2008

*Kuwandis Davis*