07 C 6278

CASE # 0706278

Kuwandis Davis v. Matthew L. Mahoney          FEB. 15, 2008

I have two documents I would like to submit to support my claim one is a perjured response given to the ARDC to attempt to have the complaint made frivolous but there is sufficient proof from the invoice sent to me by Mr. Mahoney. I have no record of an attorney for Mr. Mahoney. In the event there is could you kindly send me the information so I can submit these documents. If there isn't I'll just send one to him and one to the courts.

Thank you

Kuwandis Davis

FILED
FEB 2 2 2008  MB
Feb 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT