# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6278 | **DATE** | 3/12/2008 |
| **CASE TITLE** | Kuwandis D. Davis vs. Matthew L. Mahoney | | |

**DOCKET ENTRY TEXT**

On December 11, 2007, we denied Plaintiff Kuwandis D. Davis' ("Davis") motion for leave to proceed *in forma pauperis*. We also gave Davis until January 3, 2008, to pay the filing fee. On January 7, 2008, we granted Davis an extension to pay the filing fee until February 12, 2008. On February 15, 2008, Davis filed a letter, dated February 11, 2008, claiming that he had sent the filing fee the previous week but that it would take two to four weeks for the filing fee to be received by the Clerk's office. We therefore granted Davis a final extension to pay the filing fee by March 10, 2008, five weeks from the date Davis claims to have sent his filing fee to the Clerk's office. We also warned Davis that it was incumbent upon him to ensure that the filing fee was properly paid by the deadline and we warned Davis that if he failed to pay the filing fee by March 10, 2008, this action would be dismissed. The deadline has passed and the docket does not reflect that Davis has paid the filing fee. Therefore, we dismiss the instant action.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|