**FILED**

MAR 1 3 2008

MAR 1 3 2008 aew

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

United States District Court
Northern District of Illinois
Eastern Division

KUWANDIS D. DAVIS

vs                                    CASE# 0706278

MATTHEN L. MAHONEY

### Emergency Motion to Extend Deadline

Here Comes The Plaintiff before This Honorable Court
Asking For An extension For the Deadline given By Judge
Samuel Der-Yeghiayan of March 10, 2008 to pay Filing Fees
For the Above Case Known As Kuwandis Davis V. Matthew
Mahoney Case # 0706278 For reasons Beyond My Control I
Submitted The Voucher Through My Counselor Robert Phelps at
Federal Correctional institute Milan Michigan 48160 on the
5th of February The Money was taken off of My Account on the
20th of February 2008 As Evidenced By page Four of TruFacs
inmate statement at 1:08PM. There is An uncontrolable problem
That Needs to Be Solved with incoming legal Mail And outgoing
Transactions I Submitted in My letter what I was Told By Counselor
which proved to be Factual I Dont Know why The Money hasn't
posted to The Courts System. I recieved This notice on the 6th
of March 2008 I Took it To My Case Manager got The proof That its
Not An error on Behalf. I GET legal two to three Weeks After its
postage Date Stamped I Ask The Court to grant My Motion to
Extend Deadline and Let The Case Proceed

Respectfully Submitted

Kuwandis Davis
Kuwandis Davis