MAR 1 3 2008
FILED
MAR 1 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Kuwandis Davis v. Matthew Mahoney 07C6278

On page four of this inmate statement by TruFacs shows where the money was taken off of my account in the 20th of February 2008 as evidence I sent the money in the time frame I gave the court in my written letter. My case manager Ms. Perez gave me the TruFacs inmate statement page four is for Ku. for the proof needed to support the motion the overall statement goes to the judge presiding over case # 08C1238

Date: 03/07/2008  
Time: 10:37:03 am

# Federal Bureau of Prisons
## TRUFACS
## Inmate Statement
Sensitive But Unclassified

Facility: MIL

**Start Date:** 06/07/2007  
**End Date:** 03/07/2008  
**Inmate Reg#:** 18880424  
**Account Status:** All  
**Institution:** All

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 18880424 | Living Quarters: | B07-020U |
| Inmate Name: | DAVIS, KUWADIS | Arrived From: | THA |
| Current Site Name: | Milan FCI | Transferred To: | |
| Housing Unit: | MIL-B-B | Account Creation Date: | 11/6/2007 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|
| MIL | 11/08/2007 04:21:08 AM | TX110807 | | Transfer - In from TRUFACS | $0.00 | | $0.00 |
| MIL | 11/17/2007 04:55:18 AM | TX111707 | | Transfer - Out to TRUFACS | $0.00 | | $0.00 |
| MIL | 12/19/2007 03:19:30 AM | TX121907 | | Transfer - In from TRUFACS | $1,817.84 | | $1,817.84 |
| MIL | 12/19/2007 07:15:57 AM | TFN1219 | | Phone Withdrawal | ($1.00) | | $1,816.84 |
| MIL | 12/19/2007 08:29:57 PM | TFN1219 | | Phone Withdrawal | ($2.00) | | $1,814.84 |
| MIL | 12/20/2007 01:17:07 PM | TFN1220 | | Phone Withdrawal | ($1.00) | | $1,813.84 |
| MIL | 12/20/2007 06:01:57 PM | | 38 | Sales | ($239.45) | | $1,574.39 |
| MIL | 12/21/2007 08:50:13 AM | TFN1221 | | Phone Withdrawal | ($1.00) | | $1,573.39 |
| MIL | 12/21/2007 10:34:01 AM | TFN1221 | | Phone Withdrawal | ($3.00) | | $1,570.39 |
| MIL | 12/22/2007 01:31:35 PM | TFN1222 | | Phone Withdrawal | ($1.00) | | $1,569.39 |
| MIL | 12/22/2007 10:33:41 PM | TFN1222 | | Phone Withdrawal | ($1.00) | | $1,568.39 |
| MIL | 12/23/2007 09:34:15 AM | TFN1223 | | Phone Withdrawal | ($1.00) | | $1,567.39 |
| MIL | 12/23/2007 07:20:42 PM | TFN1223 | | Phone Withdrawal | ($2.00) | | $1,565.39 |
| MIL | 12/24/2007 10:38:43 AM | TFN1224 | | Phone Withdrawal | ($1.00) | | $1,564.39 |
| MIL | 12/24/2007 05:49:42 PM | TFN1224 | | Phone Withdrawal | ($3.00) | | $1,561.39 |
| MIL | 12/25/2007 10:15:59 AM | TFN1225 | | Phone Withdrawal | ($5.00) | | $1,556.39 |
| MIL | 12/25/2007 04:20:15 PM | TFN1225 | | Phone Withdrawal | ($6.00) | | $1,550.39 |
| MIL | 12/26/2007 06:04:00 AM | TFN1226 | | Phone Withdrawal | ($2.00) | | $1,548.39 |

Date: 03/07/2008  
Time: 10:37:05 am  

# Federal Bureau of Prisons
## TRUFACS
## Inmate Statement
Sensitive But Unclassified

Facility: MIL

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg #: | 18880424 | Living Quarters: | B07-020U |
| Inmate Name: | DAVIS, KUWADIS | Arrived From: | THA |
| Current Site Name: | Milan FCI | Transferred To: | |
| Housing Unit: | MIL-B-B | Account Creation Date: | 11/6/2007 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|
| MIL | 12/26/2007 01:20:28 PM | 33306308 | | Western Union | $60.00 | | $1,608.39 |
| MIL | 12/26/2007 04:35:19 PM | TFN1226 | | Phone Withdrawal | ($3.00) | | $1,605.39 |
| MIL | 12/27/2007 06:21:20 PM | TFN1227 | | Phone Withdrawal | ($1.00) | | $1,604.39 |
| MIL | 12/27/2007 06:29:41 PM | TFN1227 | | Phone Withdrawal | ($4.00) | | $1,600.39 |
| MIL | 12/28/2007 06:43:25 AM | TFN1228 | | Phone Withdrawal | ($10.00) | | $1,590.39 |
| MIL | 12/28/2007 07:38:32 AM | 13 | | Sales | ($13.80) | | $1,576.59 |
| MIL | 12/29/2007 12:26:59 PM | TFN1229 | | Phone Withdrawal | ($5.00) | | $1,571.59 |
| MIL | 12/29/2007 12:28:15 PM | TFN1229 | | Phone Withdrawal | ($11.00) | | $1,560.59 |
| MIL | 12/30/2007 09:32:29 PM | TFN1230 | | Phone Withdrawal | ($10.00) | | $1,550.59 |
| MIL | 12/31/2007 05:21:22 AM | 70198703 | | Lockbox - CD | $50.00 | | $1,600.59 |
| MIL | 01/01/2008 05:53:28 AM | 70198801 | | Lockbox - CD | $50.00 | | $1,650.59 |
| MIL | 01/01/2008 06:45:58 PM | TFN0101 | | Phone Withdrawal | ($10.00) | | $1,640.59 |
| MIL | 01/03/2008 06:36:37 PM | TFN0103 | | Phone Withdrawal | ($10.00) | | $1,630.59 |
| MIL | 01/05/2008 07:02:56 AM | TFN0105 | | Phone Withdrawal | ($7.00) | | $1,623.59 |
| MIL | 01/07/2008 01:00:19 PM | TFN0107 | | Phone Withdrawal | ($5.00) | | $1,618.59 |
| MIL | 01/07/2008 06:11:41 PM | 98 | | Sales | ($16.95) | | $1,601.64 |
| MIL | 01/09/2008 04:34:39 PM | TFN0109 | | Phone Withdrawal | ($1.00) | | $1,600.64 |
| MIL | 01/09/2008 05:19:18 PM | TFN0109 | | Phone Withdrawal | ($3.00) | | $1,597.64 |
| MIL | 01/09/2008 06:04:18 PM | 79 | | Sales | ($25.90) | | $1,571.74 |
| MIL | 01/10/2008 06:36:40 PM | TFN0110 | | Phone Withdrawal | ($1.00) | | $1,570.74 |
| MIL | 01/11/2008 01:58:15 PM | TFN0111 | | Phone Withdrawal | ($1.00) | | $1,569.74 |
| MIL | 01/11/2008 02:13:25 PM | 33307508 | | Western Union | $100.00 | | $1,669.74 |
| MIL | 01/11/2008 03:33:44 PM | TFN0111 | | Phone Withdrawal | ($2.00) | | $1,667.74 |
| MIL | 01/12/2008 06:53:42 AM | TFN0112 | | Phone Withdrawal | ($7.00) | | $1,660.74 |
| MIL | 01/13/2008 08:28:41 PM | TFN0113 | | Phone Withdrawal | ($1.00) | | $1,659.74 |
| MIL | 01/13/2008 09:52:37 PM | TFN0113 | | Phone Withdrawal | ($2.00) | | $1,657.74 |
| MIL | 01/15/2008 02:30:49 PM | HICP0108 | | Inmate Co-pay | ($2.00) | | $1,655.74 |
| MIL | 01/15/2008 03:08:06 PM | TFN0115 | | Phone Withdrawal | ($1.00) | | $1,654.74 |
| MIL | 01/15/2008 03:49:32 PM | TFN0115 | | Phone Withdrawal | ($1.00) | | $1,653.74 |
| MIL | 01/16/2008 01:11:20 PM | 53 | | Sales | ($9.60) | | $1,644.14 |

Date: 03/07/2008  
Time: 10:37:05 am

Federal Bureau of Prisons  
TRUFACS  
**Inmate Statement**  
Sensitive But Unclassified

Facility: MIL

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg #: | 18880424 | Living Quarters: | B07-020U |
| Inmate Name: | DAVIS, KUWADIS | Arrived From: | THA |
| Current Site Name: | Milan FCI | Transferred To: | |
| Housing Unit: | MIL-B-B | Account Creation Date: | 11/6/2007 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|
| MIL | 01/16/2008 05:51:15 PM | TFN0116 | | Phone Withdrawal | ($1.00) | | $1,643.14 |
| MIL | 01/16/2008 07:38:55 PM | TFN0116 | | Phone Withdrawal | ($1.00) | | $1,642.14 |
| MIL | 01/18/2008 01:48:14 PM | TFN0118 | | Phone Withdrawal | ($1.00) | | $1,641.14 |
| MIL | 01/20/2008 12:01:56 PM | TFN0120 | | Phone Withdrawal | ($1.00) | | $1,640.14 |
| MIL | 01/20/2008 01:36:09 PM | TFN0120 | | Phone Withdrawal | ($1.00) | | $1,639.14 |
| MIL | 01/22/2008 10:30:59 PM | TFN0122 | | Phone Withdrawal | ($1.00) | | $1,638.14 |
| MIL | 01/23/2008 04:39:54 PM | TFN0123 | | Phone Withdrawal | ($1.00) | | $1,637.14 |
| MIL | 01/23/2008 07:03:19 PM | TFN0123 | | Phone Withdrawal | ($1.00) | | $1,636.14 |
| MIL | 01/24/2008 04:24:52 PM | TFN0124 | | Phone Withdrawal | ($1.00) | | $1,635.14 |
| MIL | 01/25/2008 04:15:06 PM | TFN0125 | | Phone Withdrawal | ($1.00) | | $1,634.14 |
| MIL | 01/25/2008 06:43:05 PM | TFN0125 | | Phone Withdrawal | ($1.00) | | $1,633.14 |
| MIL | 01/30/2008 11:48:10 AM | 42 | | Sales | ($2.35) | | $1,630.79 |
| MIL | 01/30/2008 12:03:57 PM | 39 | | Sales | ($19.90) | | $1,610.89 |
| MIL | 01/30/2008 04:17:39 PM | TFN0130 | | Phone Withdrawal | ($1.00) | | $1,609.89 |
| MIL | 02/01/2008 11:59:08 AM | TFN0201 | | Phone Withdrawal | ($2.00) | | $1,607.89 |
| MIL | 02/01/2008 12:39:18 PM | TFN0201 | | Phone Withdrawal | ($7.00) | | $1,600.89 |
| MIL | 02/02/2008 09:17:00 AM | TFN0202 | | Phone Withdrawal | ($5.00) | | $1,595.89 |
| MIL | 02/04/2008 05:24:41 AM | 70101103 | | Lockbox - CD | $350.00 | | $1,945.89 |
| MIL | 02/05/2008 06:01:33 PM | TFN0205 | | Phone Withdrawal | ($1.00) | | $1,944.89 |
| MIL | 02/06/2008 02:19:38 PM | | 868 | Outside Savings | ($200.00) | | $1,744.89 |
| MIL | 02/06/2008 03:11:51 PM | 33309308 | | Western Union | $350.00 | | $2,094.89 |
| MIL | 02/07/2008 04:26:02 PM | TFN0207 | | Phone Withdrawal | ($1.00) | | $2,093.89 |
| MIL | 02/07/2008 05:16:50 PM | 76 | | Sales | ($11.70) | | $2,082.19 |
| MIL | 02/08/2008 08:26:15 AM | TFN0208 | | Phone Withdrawal | ($1.00) | | $2,081.19 |
| MIL | 02/08/2008 01:05:10 PM | TFN0208 | | Phone Withdrawal | ($2.00) | | $2,079.19 |
| MIL | 02/09/2008 08:06:33 AM | TFN0209 | | Phone Withdrawal | ($9.00) | | $2,070.19 |
| MIL | 02/10/2008 02:43:46 PM | TFN0210 | | Phone Withdrawal | ($10.00) | | $2,060.19 |
| MIL | 02/11/2008 10:46:55 AM | HIPP0108 | | Payroll - IPP | $31.28 | | $2,091.47 |
| MIL | 02/11/2008 01:46:27 PM | HIS0014 | | FRP Monthly Pymt | ($50.00) | | $2,041.47 |
| MIL | 02/13/2008 06:18:38 PM | 63 | | Sales | ($29.55) | | $2,011.92 |

Date: 03/07/2008  
Time: 10:37:05 am

Federal Bureau of Prisons  
TRUFACS  
**Inmate Statement**  
Sensitive But Unclassified

Facility: MIL

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 18880-424 | Living Quarters: | B07-020U |
| Inmate Name: | DAVIS, KUWADIS | Arrived From: | THA |
| Current Site Name: | Milan FCI | Transferred To: | |
| Housing Unit: | MIL-B-B | Account Creation Date: | 11/6/2007 |

## Transaction Details

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| MIL | 02/13/2008 06:59:00 PM | TFN0213 | | | Phone Withdrawal | ($1.00) | | $2,010.92 |
| MIL | 02/14/2008 11:27:06 AM | TFN0214 | | | Phone Withdrawal | ($10.00) | | $2,000.92 |
| MIL | 02/16/2008 02:25:42 PM | TFN0216 | | | Phone Withdrawal | ($1.00) | | $1,999.92 |
| MIL | 02/16/2008 03:16:34 PM | TFN0216 | | | Phone Withdrawal | ($5.00) | | $1,994.92 |
| MIL | 02/18/2008 04:34:08 PM | TFN0218 | | | Phone Withdrawal | ($1.00) | | $1,993.92 |
| MIL | 02/19/2008 01:44:57 PM | | | 54 | Sales | ($29.35) | | $1,964.57 |
| MIL | 02/19/2008 10:17:08 PM | TFN0219 | | | Phone Withdrawal | ($1.00) | | $1,963.57 |
| MIL | 02/20/2008 01:08:13 PM | | 965 | | Court Fees | ($350.00) | | $1,613.57 |
| MIL | 02/21/2008 08:13:23 AM | TFN0221 | | | Phone Withdrawal | ($1.00) | | $1,612.57 |
| MIL | 02/21/2008 01:04:06 PM | | | 45 | Sales | ($11.00) | | $1,601.57 |
| MIL | 02/21/2008 01:06:06 PM | | | 46 | Sales | $1.15 | | $1,602.72 |
| MIL | 02/21/2008 04:18:06 PM | TFN0221 | | | Phone Withdrawal | ($2.00) | | $1,600.72 |
| MIL | 02/22/2008 07:29:17 AM | TFN0222 | | | Phone Withdrawal | ($1.00) | | $1,599.72 |
| MIL | 02/23/2008 09:49:19 PM | TFN0223 | | | Phone Withdrawal | ($1.00) | | $1,598.72 |
| MIL | 02/25/2008 05:28:26 AM | 70102503 | | | Lockbox - CD | $50.00 | | $1,648.72 |
| MIL | 02/26/2008 08:34:32 AM | TFN0226 | | | Phone Withdrawal | ($3.00) | | $1,645.72 |
| MIL | 02/28/2008 11:44:42 AM | | | 21 | Sales | ($19.30) | | $1,626.42 |
| MIL | 03/01/2008 06:04:18 PM | TFN0301 | | | Phone Withdrawal | ($1.00) | | $1,625.42 |
| MIL | 03/01/2008 07:29:52 PM | TFN0301 | | | Phone Withdrawal | ($5.00) | | $1,620.42 |
| MIL | 03/02/2008 05:27:08 AM | 70103002 | | | Lockbox - CD | $50.00 | | $1,670.42 |
| MIL | 03/02/2008 07:22:59 PM | TFN0302 | | | Phone Withdrawal | ($1.00) | | $1,669.42 |
| MIL | 03/02/2008 07:29:40 PM | TFN0302 | | | Phone Withdrawal | ($19.00) | | $1,650.42 |
| MIL | 03/03/2008 03:18:31 PM | 33311108 | | | Western Union | $100.00 | | $1,750.42 |
| MIL | 03/04/2008 12:10:11 PM | | | 51 | Sales | ($10.20) | | $1,740.22 |
| MIL | 03/05/2008 02:44:58 PM | TFN0305 | | | Phone Withdrawal | ($1.00) | | $1,739.22 |
| MIL | 03/05/2008 04:38:33 PM | TFN0305 | | | Phone Withdrawal | ($2.00) | | $1,737.22 |
| MIL | 03/06/2008 07:52:36 AM | TFN0306 | | | Phone Withdrawal | ($1.00) | | $1,736.22 |
| MIL | 03/06/2008 08:38:43 AM | TFN0306 | | | Phone Withdrawal | ($3.00) | | $1,733.22 |
| **Total Transactions:** | **106** | | | | **Totals:** | **$1,733.22** | **$0.00** | |

Date: 03/07/2008
Time: 10:37:05 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: MIL

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 18880424 | Living Quarters: | B07-020U |
| Inmate Name: | DAVIS, KUWADIS | Arrived From: | THA |
| Current Site Name: | Milan FCI | Transferred To: | |
| Housing Unit: | MIL-B-B | Account Creation Date: | 11/6/2007 |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| MIL | $1,733.22 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,733.22 |
| Totals: | $1,733.22 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,733.22 |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max. Balance - Prev. 30 Days | Average Balance - Prev. 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $3,096.32 | $1,364.85 | $1,495.95 | $2,094.89 | $1,819.70 | N/A | N/A |