# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6278 | **DATE** | 3/20/2008 |
| **CASE TITLE** | Kuwandis D. Davis (#18880-424) vs. Matthew L. Mahoney | | |

**DOCKET ENTRY TEXT**

This matter is before the court on Plaintiff Kuwandis D. Davis' ("Davis") "emergency motion to extend deadline." (Mot. 1). On December 11, 2008, we denied Davis' motion for leave to proceed *in forma pauperis*. After granting several extensions of time to allow Davis to pay the filing fee and issuing Davis several warnings that failure to pay the filing fee would result in the dismissal of the instant action, we dismissed the instant action on March 12, 2008, for failure to pay the filing fee. On March 13, 2008, Davis filed the instant motion for an extension of time, along with a *pro se* letter to the court. Davis has not included any information in his motion or his letter that would indicate that the court erred in dismissing this action or that the court should amend its ruling dismissing this case. To the extent that Davis' motion and letter mentioned above could be construed as *pro se* motions requesting a reconsideration of the dismissal of Davis' action, such motions [19], [20] are denied.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|