

FILED
MAR 24 2008

United States District Court
Northern District of Illinois

MAR 24 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Kuwandiso Davis
vs
Matthew L. Mahoney

CASE NUMBER 07C6278
JUDGE SAMUEL DER-YEGHIAYAN

Emergency Motion to Apply Fees to the Appropriate Case

Here Comes the Detrimented Complainant Kuwandis Davis Before this Honorable Court to grant my request submitted through this petition asking the court to order the prompt and proper adjustments of a filing fee deducted in a timely matter as order by the Honorable Judge Der-Yeghiayan. According to the records of the Clerk of the U.S. District the check was processed in the wrong name and was held for an unspecified amount of days it was processed under Kuwadis Davis which is not my Birth name my name is Kuwandis Davis there is an error in the Bureau of Prisons System with my name had I known I could've filed the case under the mispelled name to insure proper handleing of funds sent to the court. The money was applied to the wrong case the money was sent according to the Judges order as referenced by the court order handed down and as I mentioned in my letter to the courts granting me an additional five weeks to get the money to the court. I complied with the Judges order as evidenced by my supported documents given to the court as I stated in my letter to the court I wasn't aware of the order stating that my motion for informas pauperis was denied in case number 08C0230 this case was dismissed 07C6278 Enlight of

An error by the application of the court fees I ask the courts to order the immediate process of applying the money to case number 07C6278 and strike case number 08C0230 from the record the case was refiled under 08C1238. Both cases state the same claim there is no need to have two active cases under the same banner of law for which one will serve the purpose. Again I ask the court to apply the filing fee to the correct case it was originally intened to case number 07C6278

Respectfully Submitted

Kwandis Davis
Kwandis Davis